SAMPLE #2

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

**FILED**

MAY 29 2014

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

Drae M. Boardingham

Plaintiff,

vs.

Brinker International, Inc

Defendant.

CASE NO. _____

CIV-14-556   F

## COMPLAINT

I believe I have been discriminated against due to my race and sex. This company is in violation of the civil Rights Act of 1964. I was referred to as the "N" word, and was subject to racial comments and jokes as well as harrassment. This company knew but it took them ten months to make a change. This issue at at hand was never resolved. I was also retaliated against by the manager at fault. I feel I am owed 300,000$ in punitive damages, back pay, yearly bonus I never recieved, stress and anguish.

Drae Boardingham   5-29-2014

NOTE: Your signature, address and phone number **must** appear at the end of each pleading.

502 N. Petree Rd
Anadarko, OK
73005