## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

DRAE M. BOARDINGHAM,           )
                              )
         Plaintiff,           )
                              )
-vs-                          )        Case No. CIV-14-556-F
                              )
BRINKER INTERNATIONAL         )
INC.,                         )
                              )
         Defendant.          )

## JUDGMENT

In accordance with the order entered this same date, the above-entitled action is dismissed with prejudice.

DATED February 24, 2015.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0556p010.wpd